MARJORIE A. GUYMON, ESQ.
Nevada Bar No. 4983
Email: mguymon@goldguylaw.com
GOLDSMITH & GUYMON, P.C.
2055 Village Center Circle
Las Vegas, NV 89134
Telephone: (702) 873-9500
Facsimile (702) 873-9600
Attorneys for Debtors

# United States Bankruptcy Court
## District of Nevada

In re

Jan Glaser
Tatyana Khomyakova

Debtor(s)

Case No.  16-15483   ABL
Chapter  7

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**SCHEDULE E/F**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

**Shelley Krohn, Trustee**
510 S. 8th Street
Las Vegas, NV 89101
Shelley@TrusteeKrhn.com

Date: FEBRUARY 15, 2017

Marjorie A. Guymon, Esq. 4983
Attorney for Debtor(s)
Goldsmith & Guymon
2055 Village Center Circle
Las Vegas, NV 89134
(702) 873-9500 Fax:702) 873-9600
bankruptcy@goldguylaw.com

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Jan | Glaser | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Tatyana | Khomyakova | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA | | |
| Case number (if known) | 16-15483 | | |

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules           12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Jan H. Glaser                                X /s/ Tatyana Khomyakova
Jan Glaser                                          Tatyana Khomyakova
Signature of Debtor 1                               Signature of Debtor 2

Date  2/15/17                                       Date  2/15/17

2/13/17 11:26AM

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | Jan Glaser | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 (Spouse if, filing) | Tatyana Khomyakova | |
| | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA | |
| Case number (if known) | 16-15483 | |

■ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims       12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ☐ No. Go to Part 2.
   ■ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **New York State Dept of Txation** Priority Creditor's Name **and Finance Bankruptcy Section PO Box 5300 Albany, NY 12205-0300** Number Street City State Zip Code | Last 4 digits of account number  7642 When was the debt incurred? | $31,895.94 | $31,895.94 | $0.00 |

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ■ Yes.

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

Debtor 1  Jan Glaser
Debtor 2  Tatyana Khomyakova                      Case number (if know)   16-15483

| 4.1 | **National Labor Relations Board**<br>Nonpriority Creditor's Name<br>**Appellate/Supreme Ct. Litigation Branch**<br>**Linda Dreeben, Esq.**<br>**1099 14th Street, NW**<br>**Washington, DC 20570**<br>Number Street City State Zip Code<br>Who incurred the debt? Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>■ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>■ Check if this claim is for a community debt<br>Is the claim subject to offset?<br>☐ No<br>■ Yes | Last 4 digits of account number _____<br>When was the debt incurred? _____<br><br>As of the date you file, the claim is: Check all that apply<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Type of NONPRIORITY unsecured claim:<br>☐ Student loans<br>☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims<br>☐ Debts to pension or profit-sharing plans, and other similar debts<br>■ Other. Specify  **Legal Fees and Costs** | Unknown |

| 4.2 | **Sinosure**<br>Nonpriority Creditor's Name<br>**c/o The Leviton Law Firm**<br>**3 Golf Center, Suite 361**<br>**Hoffman Estates, IL 60169**<br>Number Street City State Zip Code<br>Who incurred the debt? Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>■ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim is for a community debt<br>Is the claim subject to offset?<br>■ No<br>☐ Yes | Last 4 digits of account number _____<br>When was the debt incurred? _____<br><br>As of the date you file, the claim is: Check all that apply<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Type of NONPRIORITY unsecured claim:<br>☐ Student loans<br>☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims<br>☐ Debts to pension or profit-sharing plans, and other similar debts<br>■ Other. Specify  **Unknown - disputed** | Unknown |

| 4.3 | **Sinosure**<br>Nonpriority Creditor's Name<br>**c/o Brown & Joseph, Ltd.**<br>**One Pierce Place, Ste. 1225 W.**<br>**Itasca, IL 60143**<br>Number Street City State Zip Code<br>Who incurred the debt? Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>■ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim is for a community debt<br>Is the claim subject to offset?<br>■ No<br>☐ Yes | Last 4 digits of account number _____<br>When was the debt incurred? _____<br><br>As of the date you file, the claim is: Check all that apply<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Type of NONPRIORITY unsecured claim:<br>☐ Student loans<br>☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims<br>☐ Debts to pension or profit-sharing plans, and other similar debts<br>■ Other. Specify  **Unknown - disputed** | Unknown |

2/13/17 11:26AM

Debtor 1  Jan Glaser
Debtor 2  Tatyana Khomyakova
Case number (if know) 16-15483

| 4.4 | **Weinberg, Roger & Rosenfeld** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
David Rosenfeld, Esq.
1001 Marina Village Pkwy.
Alameda, CA 94501
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
■ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Legal Fees and Costs**

## Part 3:  List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

## Part 4:  Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

Total claims from Part 1

| | | | | Total Claim |
|---|---|---|---|---|
| 6a. | Domestic support obligations | 6a. | $ | 0.00 |
| 6b. | Taxes and certain other debts you owe the government | 6b. | $ | 31,895.94 |
| 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ | 0.00 |
| 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | **31,895.94** |

Total claims from Part 2

| | | | | Total Claim |
|---|---|---|---|---|
| 6f. | Student loans | 6f. | $ | 0.00 |
| 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ | 0.00 |
| 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | 0.00 |
| 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 0.00 |
| 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | **0.00** |